FILED

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0334

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0334

DERIK L. SEYMOUR,

        Plaintiff and Appellant,

v.

STATE OF MONTANA,

        Defendant and Appellee.

**ORDER**

On Appeal from the First Judicial District Court, Lewis & Clark County
Cause No. CDV-2020-1822-DS
The Honorable Kathy Seeley, Presiding

_____

Defendant/Appellee State of Montana ("State") has moved, unopposed, for a 30-day extension of time, up to and including November 15, 2024, to file its response brief, which is currently due on October 16, 2024. Good cause appearing,

IT IS HEREBY ORDERED that the State's motion is granted, and it may have up to and including November 15, 2024 in which to file its response brief.

Dated:_____

_____
Clerk of Supreme Court

1

cc: Thomas Leonard/Matthew Hayhurst
Derik Seymour

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 8 2024